# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL GENERAL INSURANCE COMPANY,

    Plaintiff,

v.

MICHAEL W. ROBERTSON, *et al*.,

    Defendants.

Case No. 2:14-cv-01845-LDG (PAL)

**ORDER**

    The Court having GRANTED the Motion for Summary Judgment of National General Insurance Company, therefore:

    THE COURT **DECLARES** that, pursuant to the Insurance Policy Number 6611485M01 between National General Insurance Company and Michael W. Robertson, National General Insurance Company has no duty to defend or indemnify Michael W. Robertson for any claims for, or arising out of, breach of the Release and Waiver of Liability, Assumption of Risk, and Indemnity Agreement entered into between Michael W. Robertson and Run for the Wall, Inc., American Motorcycle Association, Inc. d/b/a Run for the Wall (AMA), and Ace American Insurance Company;

1   THE COURT FURTHER **DECLARES** that pursuant to the Insurance Policy Number 6611485M01 between National General Insurance Company and Michael W. Robertson, National General Insurance Company has no duty to defend or indemnify Run for the Wall, Inc., American Motorcycle Association, Inc. d/b/a Run for the Wall (AMA), or Ace American Insurance Company for any claims arising out of the May 20, 2012, accident including but not limited to the defense and indemnity of Run for the Wall, Inc., American Motorcycle Association, Inc. d/b/a Run for the Wall (AMA), or Ace American Insurance Company in the lawsuit filed in San Bernardino County, State of California, Case No. CIVRS1402677.

  THE COURT FURTHER **ORDERS** that National General Insurance Company recover its costs from defendants Michael W. Robertson, Run for the Wall, Inc., American Motorcycle Association, Inc. d/b/a Run for the Wall (AMA), and Ace American Insurance Company.

DATED this _31_ day of March, 2016.

_____
Lloyd D. George
United States District Judge

2